UNITED STATES, Appellee,

v.

Thomas JENSEN, Appellant.

No. 07–1396.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 5, 2007.

Filed: Sept. 13, 2007.

Gregg S. Peterman, U.S. Attorney's Office, Rapid City, SD, for Appellee.

Ellery Grey, Rapid City, SD, for Appellant.

Thomas Jensen, Littleton, CO, pro se.

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

The district court[1] revoked Thomas Jensen's supervised release and sentenced him to 18 months in prison and 18 months of supervised release. After reviewing the record, counsel's brief, and Jensen's pro se supplemental brief, we conclude that the court did not clearly err by finding that the government had proved the violations by a preponderance of the evidence, did not abuse its discretion by revoking his supervised release, and did not impose an unreasonable sentence. *See United States v. Tyson,* 413 F.3d 824, 825 (8th Cir.2005) (per curiam) (standard of review); *United States v. Carothers,* 337 F.3d 1017, 1019 (8th Cir.2003) (standards of review and burden of proof). We therefore affirm and grant counsel's motion to withdraw.

---

1. The Honorable Karen E. Schreier, Chief Judge, United States District Court for the District of South Dakota.